Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Frank Gatto (SBN 274684)
Frank.Gatto@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Corey Locke

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASSURANT, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.:  1:12-CV-01430<br><br>[Magistrate Judge Michael J. Seng]<br><br>CLASS ACTION COMPLAINT & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ.*<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Complaint Filed;  August 30, 2012 |

# ORDER

The Parties having stipulated, and with good cause appearing, **IT IS ORDERED** that the February 13, 2013 Scheduling Conference is continued to March 18, 2013 at 9:30 a.m.

The Parties are directed to appear telephonically for the Scheduling Conference by making reservations through Court Call at 866-582-6878.

IT IS SO ORDERED.

Dated:   January 28, 2013               /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE