Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Frank Gatto (SBN 274684)
Frank.Gatto@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Corey Locke

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANT, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  1:12-CV-01430<br><br>[Magistrate Judge Michael J. Seng]<br><br>**CLASS ACTION COMPLAINT & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ.***<br><br>**ORDER RE (1) DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASSURANT, INC, (2) NAMING OF AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA AS DEFENDANT; AND (3) TOLLING OF STATUTES OF LIMITATION;**<br><br>Complaint Filed: August 30, 2012 |

# ORDER

The parties having stipulated and good cause appearing, **IT IS ORDERED** that:

1. Defendant Assurant, Inc. is dismissed without prejudice;
2. Plaintiff Corey Locke's notice to the LWDA concerning his PAGA claims against American Bankers Insurance Company of Florida is deemed to have been sent to the LWDA on August 22, 2012;
3. Plaintiff may file and serve his First Amended Complaint, attached hereto as Exhibit A, which names American Bankers Insurance Company of Florida as Defendant;
4. If Assurant, Inc. is found to be a proper defendant in this action, the statutes of limitation for the claims pled in the First Amended Complaint will be tolled as to Assurant, Inc. with respect to Plaintiff and the putative class of current and former non-exempt or hourly paid field service adjusters who worked for Defendant Assurant, Inc. in California at any time from August 30, 2008 to the present for the period during which Plaintiff and/or the putative class members remain in the action; and
5. Assurant, Inc. will not assert a laches or similar timeliness affirmative defenses based on Plaintiff's failure to include Assurant, Inc. as a defendant for the period from August 30, 2012 until Assurant, Inc. is found to be a proper defendant in this action.

IT IS SO ORDERED.

Dated:   January 28, 2013              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28