MELISSA GRANT (SBN 205633)
Melissa.Grant@capstonelawyers.com
ARNAB BANERJEE (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
FRANK GATTO (SBN 274684)
Frank.Gatto@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff COREY LOCKE


JODY A. LANDRY, Bar No. 125743
LARA K. STRAUSS, Bar No. 222866
CARYN M. ANDERSON, Bar No. 247038
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:  619.232.0441
Facsimile:   619.232.4302

Attorneys for Defendant
AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,<br><br>Defendant. | Case No. 1:12-cv-01430-MJS<br><br>Magistrate Judge: Hon. Michael J. Seng,<br>Courtroom: 6<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER AND CLAWBACK AGREEMENT**<br><br>Complaint filed:  August 30, 2012<br>FAC filed:  January 29, 2013<br>Trial Date:  Not Set |

ORDER GRANTING STIPULATED         `                    Case No. 1:12-cv-01430-MJS
PROTECTIVE ORDER
FIRMWIDE:120848390.1 066383.1009

**ORDER**

Upon review of the Parties' Stipulated Protective Order and Clawback Agreement and upon a finding of good cause, it is hereby ordered that the Stipulated Protective Order and Clawback Agreement in this case, number 1:12-cv-01430-MJS, is approved and the Parties are ordered to act in compliance therewith.

IT IS SO ORDERED.

Dated:   June 4, 2013                              /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE