Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Frank Gatto (SBN 274684)
Frank.Gatto@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Corey Locke

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,<br><br>　　　　Defendant | Case No.:  1:12-cv-01430-MJS<br><br>[U.S. Magistrate Judge Michael J. Seng]<br><br>**ORDER CONTINUING CONDITIONAL CLASS CERTIFICATION DEADLINES**<br><br>Complaint Filed:  August 30, 2012 |

# ORDER

The Parties having stipulated, and good cause appearing therefore, the following conditional class certification deadlines are hereby **ORDERED**:

| | |
|---|---|
| Plaintiff's Deadline to File Motion for Conditional Class Certification | October 21, 2013 |
| Defendant's Deadline to File Opposition to Motion for Conditional Certification | November 18, 2013 |
| Plaintiff's Deadline to File Reply in Support of Motion for Conditional Class Certification | December 5, 2013 |
| Non-Expert Discovery Cut-off related to conditional class certification must be completed | December 5, 2013 |
| Hearing on Motion for Conditional Class Certification | December 19, 9:30 a.m., Courtroom 6 (MJS) |

IT IS SO ORDERED.

Dated:   July 3, 2013                            /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE