UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,<br><br>Defendant. | Case No. 1:12-cv-01430-MJS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARINGS ON DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA'S MOTION FOR SUMMARY JUDGMENT AS TO THE FIRST CLAIM AND MOTION TO DENY CERTIFICATION DUE LACK OF NUMEROSITY TO OCTOBER 11, 2013** |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

Case No. 1:12-cv-01430-MJS

Pursuant to the Stipulation of the parties, the Court continues the hearing on the Motion for Summary Judgment as to the First Claim and Motion to Deny Certification Due Lack of Numerosity filed by Defendant American Bankers Insurance Company of Florida, Inc., ("ABIC") from September 27, 2013 to October 11, 2013. The hearing time will not change.

The associated deadlines, including opposition and reply deadlines, will be based on the new hearing date.

IT IS SO ORDERED.

Dated:   September 12, 2013          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

Case No. 1:12-cv-01430-MJS