UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,<br><br>                Defendant. | Case No. 1:12-cv-01430-MJS<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY REQUEST TO SEAL AND TO REPLACE CERTAIN DOCUMENTS SUPPORTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE FIRST CLAIM WITH REDACTED VERSIONS** |

       The Court grants the stipulation of the parties to modify American Bankers Insurance Company of Florida's ("ABIC") request to modify the request to seal and replace certain documents submitted in support of its motion for partial summary judgment as to the first claim with redacted versions.

       The following documents are withdrawn from ABIC's request to seal (Doc. No. 40): (a) Request to Seal Compendium No. 9, Exhibit 18 to the deposition of Corey Locke; (b) Request to Seal Compendium No. 12, Exhibit 120 to the deposition of Greg Wright; and (c) Request to Seal Compendium No. 19, Exhibit 149 to the deposition of Philip Aschinger.

The following exhibits to the stipulation will be added to the noted exhibits to the Declaration of Lara K. Strauss in Support of ABIC's Motion for Partial Summary Judgment as to the First Claim (Doc. No. 39-4), replacing the placeholders for these exhibits.

| Exhibit to Stipulation | Replaces | Corresponds With |
|---|---|---|
| A | Placeholder page for Exhibit 18 to the deposition of Corey Locke included in Exhibit 1 to the Declaration of Lara K. Strauss in Support of ABIC's Motion for Partial Summary Judgment as to the First Claim (Doc. No. 39-4). | Request to Seal Compendium No. 9, Exhibit 18 to the deposition of Corey Locke |
| B | Placeholder page for Exhibit 120 to the deposition of Greg Wright included in Exhibit 2 to the Declaration of Lara K. Strauss in Support of ABIC's Motion for Partial Summary Judgment as to the First Claim (Doc. No. 39-4). | Request to Seal Compendium No. 12, Exhibit 120 to the deposition of Greg Wright |
| C | Placeholder page for Exhibit 149 to the deposition of Philip Aschinger included in Exhibit 3 to the Declaration of Lara K. Strauss in Support of ABIC's Motion for Partial Summary Judgment as to the First Claim (Doc. No. 39-4,). | Request to Seal Compendium No. 19, Exhibit 149 to the deposition of Philip Aschinger |

IT IS SO ORDERED.

Dated:   September 18, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE