UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LOCKE,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSURANT, INC.,<br><br>    Defendant. | No. 1:12-CV-1430-MJS<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING**<br><br>**(ECF No. 46)** |

The Court having considered Plaintiff's Ex Parte Application for an Order Continuing the Hearing on Defendant's Motion for Partial Summary Judge and Motion to Deny Class Certification (ECF No. 46) and Defendant's Response thereto (ECF No. 47), and seeing no potential prejudice to Defendant by a further short continuance (and, hence, no valid reason for Defendant's objection to such a continuance), GRANTS the application in part and ORDERS as follows: The hearing on Defendant's Motion for Partial Summary Judgment and Motion to Deny Class Certification is hereby continued until 10:00 a.m., Friday, October 25, 2013, in Courtroom 6 (MJS), Fresno.  Opposition to the Motions shall be filed on or before October 11, 2013 and a reply, if necessary, shall be filed on or before October 18, 2013.

Absent presently unforeseeable circumstances establishing good cause, no further continuances will be granted. (That Plaintiff's counsel's health issues might create

further obstacles is not unforeseeable.)

IT IS SO ORDERED.

Dated: September 25, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE