1   Melissa Grant (SBN 205633)
    Melissa.Grant@capstonelawyers.com
2   Arnab Banerjee (SBN 252618)
    Arnab.Banerjee@capstonelawyers.com
3   Frank Gatto (SBN 274684)
    Frank.Gatto@capstonelawyers.com
4   Capstone Law APC
    1840 Century Park East, Suite 450
5   Los Angeles, California 90067
    Telephone:   (310) 556-4811
6   Facsimile:    (310) 943-0396

7   Attorneys for Plaintiff Corey Locke and Opt-In
    Plaintiffs Greg Wright and P. Chris Aschinger

8

9

10              UNITED STATES DISTRICT COURT

11      EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

12

13  COREY LOCKE, individually,          Case No.:  1:12-cv-01430-MJS
    and on behalf of other members
14  of the general public similarly     [U.S. Magistrate Judge Michael J.
    situated, and as aggrieved          Seng]
15  employees pursuant to the
    Private Attorneys General Act       **ORDER  RE: PLAINTIFF'S**
16  ("PAGA"),                           **REQUEST FOR JUDICIAL**
                                        **NOTICE IN SUPPORT OF**
17              Plaintiff,              **OPPOSITION TO MOTION FOR**
                                        **PARTIAL SUMMARY**
18      vs.                             **JUDGMENT**

19  AMERICAN BANKERS               Complaint Filed:  August 30, 2012
    INSURANCE COMPANY OF
20  FLORIDA, a Florida             Date:    October 25, 2013
    corporation,                   Time:  9:30 a.m.
21                                 Courtroom:   6
                Defendant
22

23

24

25

26

27

28

**ORDER**

The Court has reviewed Plaintiff's Request for Judicial Notice of the three exhibits attached to Plaintiff's Request (Eshibit 16) filed in support of the Opposition to Defendant's Motion for Partial Summary Judgment (ECF No. 52):

Exhibit A:  DOL Wage & Hour Division Opinion Letter (Nov. 19, 2002)

Exhibit B:  DOL Fact Sheet #17R

Exhibit C:  DOL Wage & Hour Division Opinion Letter (Aug. 26, 2005)

The Court is unable to determine precisely what it is Plaintiff wants the Court to notice--the fact that the three documents have been issued, the content of the documents, or some other facts or events referenced in the documents – and so cannot determine if notice is appropriate.

Accordingly, the Request is denied (without prejudice).

IT IS SO ORDERED.

Dated:   __October 31, 2013__          ___/s/ *Michael J. Seng*___

UNITED STATES MAGISTRATE JUDGE

[PROPOSED] Order