Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Frank Gatto (SBN 274684)
Frank.Gatto@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Corey Locke and Opt-In
Plaintiffs Greg Wright and P. Chris Aschinger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,<br><br>　　　　　　Defendant | Case No.:  1:12-cv-01430-MJS<br><br>[U.S. Magistrate Judge Michael J. Seng]<br><br>**ORDER  RE: PLAINTIFF'S AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed:  August 30, 2012<br><br>Date:   Under Submission |

# ORDER

The Court, having reviewed Plaintiff's Amended Request for Judicial Notice ("Request") and pursuant to Federal Rule of Evidence 201, hereby **GRANTS** Plaintiff's Request and takes judicial notice of the U.S. Department of Labor's issuance of the three exhibits identified below and attached to Plaintiff's Request filed in support of his Opposition to Defendant's Motion for Partial Summary Judgment:

<u>Exhibit A</u>:  DOL Wage & Hour Division Opinion Letter (Nov. 19, 2002)

<u>Exhibit B</u>:  DOL Fact Sheet #17R

<u>Exhibit C</u>:  DOL Wage & Hour Division Opinion Letter (Aug. 26, 2005)

IT IS SO ORDERED.

Dated:  November 6, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE