# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                                           **JUDGMENT IN A CIVIL CASE**

**COREY LOCKE,**

                                                                           CASE NO: **1:12–CV–01430–MJS**

               v.

**ASSURANT, INC., ET AL.,**

_____

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/19/14**

                                                                       **Marianne Matherly**
                                                                       Clerk of Court

    ENTERED:  **May 19, 2014**

                                                        by: /s/  R. Gonzalez_____
                                                                        Deputy Clerk