FILED

MAR 30 2015

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COREY LOCKE, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"); et al., | No. 14-16183<br><br>D.C. No. 1:12-cv-01430-MJS<br>Eastern District of California, Fresno |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation, | |
| Defendant - Appellee. | |

Appellants' motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation